UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SADIANT, INC. AND SADIANT HEALTH, LLC,

    Plaintiffs,

        -v.-

PENSTOCK CONSULTING, LLC,

    Defendant.

Case No. 1:23-cv-07872-KPF

**RULE 502(d) ORDER**

KATHERINE POLK FAILLA, U.S.D.J.

    1.    The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED**:

Dated:    September 17, 2024
        New York, New York

*Katherine Polk Failla*
The Honorable Katherine Polk Failla
United States District Judge